UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JACK B. SCHMETTERER**

Hearing Date: July 5, 2017

Bankruptcy Case: 17-15631

Adversary No.:

Title of Case: In re: Waheed Fatimaazhar

Brief Statement of Motion: Truste's Oral Objection to Amended Modified Plan (Dkt #38)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

The amended modified plan (Dkt #38) is dismissed based on the Trustee's oral objection thereto. Debtor is given a final date of July 19, 2017 to file an amended plan with the aid of counsel.

By: /s/ Jack B. Schmetterer